UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL UNION 342 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA,<br><br>        Plaintiff,<br><br>    v.<br><br>R E MILANO PLUMBING CORPORATION,<br><br>        Defendant. | Case No.  23-cv-04646-VC<br><br>**ORDER REGARDING ATTORNEYS' FEES AMOUNT** |

On March 11, 2024, the Court ordered that Local Union 342 is entitled to attorneys' fees from RE Milano for its work enforcing the joint conference board's award. Dkt. No. 32. The union filed an accounting of its fees and requested a total of $17,808.80. Dkt. No. 33. RE Milano filed an objection. The company raised a handful of issues, but it primarily argued that some of the tasks took an unreasonable number of hours to complete given their difficulty. Given that, RE Milano requested a 30% reduction in the claimed amount. Dkt. No. 34.

While the union's rates and accounting of hours seem roughly reasonable, some of Milano's concerns are fair. Considering all of the documentary evidence and the arguments made by both parties, the Court finds that the union is entitled to reimbursement of attorneys' fees by RE Milano in the amount of $16,027.92 (a 10% reduction of the requested amount). RE Milano is directed to make payment within 21 days of this order.

    **IT IS SO ORDERED.**

Dated: March 27, 2024

VINCE CHHABRIA
United States District Judge